IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| DUSTIN REYNOLDS, § § § | |
| Plaintiff, § § | |
| v. § | Case No. 6:20-cv-271-JDK |
| § § | |
| WOOD COUNTY, et al., § § | |
| Defendants. § § | |

**FINAL JUDGMENT**

All pending claims in this case having been resolved, the Court hereby enters **FINAL JUDGMENT**.

Pursuant to the Court's August 11, 2021, Order Granting Motion for Partial Summary Judgment (Docket No. 36), Counts One and Four against Defendants Mark Taylor, Angela Speakman, Logan Miller, Chelsea Fuller, and Bradley Cox are **DISMISSED** with prejudice.

Pursuant to the Court's May 26, 2022, Order Granting Motions for Summary Judgment (Docket No. 78), Count Two against Defendants Mark Taylor, Angela Speakman, Logan Miller, Chelsea Fuller, and Bradley Cox, is **DISMISSED** with prejudice.  Count Three against Defendant Bradley Cox is **DISMISSED** with prejudice.  And Count Five against Defendant Wood County, Texas, is **DISMISSED** with prejudice.

All pending motions not previously ruled on are hereby **DENIED AS MOOT**. All other relief not granted in this Final Judgment is **DENIED**.

The Clerk of Court is directed to close this case.

So **ORDERED** and **SIGNED** this **26th** day of **May, 2022.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE